UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| LOCAL 103, INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS, and MICHAEL P. DONOVAN, as he is ADMINISTRATOR, LOCAL 103, I.B.E.W. HEALTH BENEFIT PLAN; ELECTRICAL WORKERS' PENSION FUND, LOCAL 103, I.B.E.W.; ELECTRICAL WORKERS' DEFERRED INCOME FUND, LOCAL 103, I.B.E.W.; JOINT APPRENTICESHIP AND TRAINING FUND; and LAWRENCE J. BRADLEY, as he is EXECUTIVE SECRETARY-TREASURER, NATIONAL ELECTRICAL BENEFIT FUND,<br><br>          Plaintiffs,<br><br>v.<br><br>BREITER PLANET CONSTRUCTION, INC.,<br><br>          Defendant. | Civil Action No. 23-cv-10023-FDS |

## MOTION FOR DEFAULT JUDGMENT

Pursuant to Fed. R. Civ. P. 55(b)(1), Plaintiffs IBEW Local 103, Michael Donovan (as he is the administrator of several employee health and welfare benefit funds), and Lawrence Bradley (as he is executive secretary-treasurer of the National Electrical Benefit Fund), respectfully move the Court to enter default judgment in favor of the Plaintiffs against Defendant

Breiter Planet Construction, Inc., holding it liable for wages, benefit contributions, interest on late-paid contributions, and reasonable attorney's fees and costs, as follows:

| | |
|---|---|
| Unpaid wages for Six Employees: | $7,422.94 |
| Unpaid benefit contributions: | $5,287.72 |
| Contractual interest on contributions: | $824.02 |
| Attorney's fees and costs: | $3,956.60 |
| Total: | $17,491.28 |

This motion is supported by a Memorandum of Law, Affidavits of Richard Antonellis (with exhibits) and James A.W. Shaw, and a Proposed Default Judgment.

WHEREFORE, Plaintiffs seek the Entry of Default in this matter as to Breiter Planet Construction, Inc.

Respectfully submitted,

LOCAL 103, INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS, and MICHAEL P. DONOVAN, as he is ADMINISTRATOR, LOCAL 103, I.B.E.W. HEALTH BENEFIT PLAN; ELECTRICAL WORKERS' PENSION FUND, LOCAL 103, I.B.E.W.; ELECTRICAL WORKERS' DEFERRED INCOME FUND, LOCAL 103, I.B.E.W.; JOINT APPRENTICESHIP AND TRAINING FUND; and LAWRENCE J. BRADLEY, as he is EXECUTIVE SECRETARY-TREASURER, NATIONAL ELECTRICAL BENEFIT FUND,

By their attorneys,

DATED: March 27, 2023

/s/ James A.W. Shaw
James A.W. Shaw, BBO# 670993
Michael R. Keefe, BBO# 690257
SEGAL ROITMAN, LLP
33 Harrison Avenue, 7th Floor
Boston, MA 02111
P: (617) 742-0208
F: (617) 742-2187
jshaw@segalroitman.com
mkeefe@segalroitman.com

## CERTIFICATE OF SERVICE

This is to certify that a copy of the above Verified Request to Enter Default has been filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent by certified and First Class mail, postage prepaid, upon Defendant Breiter Planet, 800 Boylston Street, 16th Floor, Boston, MA 02199, on this the 27th day of March, 2023.

/s/ James A.W. Shaw